**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 617 MAL 2014
:
               Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
        v. :
:
:
:
RICARDO A. SANCHEZ, :
:
               Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of January, 2015, the Petition for Allowance of Appeal

is **DENIED**.